Dismissed and Memorandum Opinion filed July 8, 2004









Dismissed and Memorandum Opinion filed July 8, 2004.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-04-00503-CV

____________

 

SARAH ALEXANDRE and VIOLETTE
ALEXANDRE, Appellants

 

V.

 

CONRAD BURROUGHS d/b/a BCS SERVICES
& SALES, ET AL., Appellees

 



 

On Appeal from the County Civil
Court at Law No. 3

Harris County, Texas

Trial Court Cause No.
792,138

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed April 14, 2004.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  

On June 1, 2004, notification was transmitted to all parties
of the Court's intent to dismiss the appeal for want of prosecution unless,
within fifteen days, appellant paid or made arrangements to pay for the record
and provided this court with proof of payment. 
See Tex. R. App. P.
37.3(b).








Appellants filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed July 8, 2004.

Panel consists of Justices Fowler,
Edelman, and Seymore.